LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
FORREST E. FANG (State Bar No. 122805)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ FINLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>　　　　Defendant. | Case No. C07-0664 SBA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY NEUTRAL EVALUATION ("ENE)<br><br>Complaint filed: February 1, 2007 |

　　　(1) WHEREAS this case was referred to an Early Neutral Evaluation ("ENE") on May 9, 2007.

　　　(2) WHEREAS an ENE session was to be completed by August 7, 2007.

　　　(3) WHEREAS the ENE has been delayed due to calendar conflicts and the parties wish to continue the deadline to complete the ENE.

　　　(4) WHEREAS the parties agree to continue the due date to complete the ENE for 60 days.

　　　NOW THEREFORE, the parties stipulate as follows:

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY NEUTRAL EVALUATION ("ENE")
CASE NO. C 07-0664 SBA

1

The time within which to complete the ENE is extended by 60 days or up to and including October 7, 2007.

DATED: July 30, 2007

LAFAYETTE & KUMAGAI LLP

*/s/ Forrest E. Fang*
FORREST E. FANG
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: August 7, 2007

*/s/ Inez Finley*
INEZ FINLEY
Plaintiff In Pro Per

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for completion of the ADR session in the above-captioned matter is hereby extended to October 7, 2007.

IT IS SO ORDERED.

Dated: 8/13/07

*/s/ Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Court for the Northern District of California

N:\Documents\Well\Fin\Pldg\CMC STMT.doc

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE AN EARLY NEUTRAL EVALUATION ("ENE")
CASE NO. C 07-0664 SBA

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605