UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INEZ FINLEY, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 07-0664 SBA (BZ) |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Defendant(s). | ) | |

It is hereby **ORDERED** that a telephone conference to discuss the outstanding discovery dispute is scheduled for Tuesday, September 11, 2007 at 2 p.m. Counsel for Wells Fargo shall get plaintiff on the line and call chambers at 522-4093.

Dated: September 7, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FINLEY\SCHEDULING.ORDER.wpd

1