UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ FINLEY,          )<br>                       )<br>     Plaintiff(s),   )<br>                       )<br>     v.                )<br>                       )<br>WELLS FARGO BANK,      )<br>                       )<br>     Defendant(s).     )<br>_____) | No. C 07-0664 SBA (BZ)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME** |

    Having received no opposition to defendant's motion to shorten time to hear its motion to compel discovery from plaintiff, and in light of plaintiff's failure to make herself available for a September 11 telephonic conference, **IT IS ORDERED** that the motion is **GRANTED** as follows:

    1. A hearing on defendant's motion to compel plaintiff's deposition, production of documents, and answers to interrogatories will occur on **Wednesday, September 26, 2007 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    2. Plaintiff's opposition to the motion to compel shall be filed by **noon on Friday, September 21, 2007.**  In her

1

1  opposition, plaintiff should explain why she has failed to
2  provide discovery to defendant, why she failed to make
3  herself available for the September 11 telephone conference,
4  and why the Court should not sanction her for these failures.
5      3. Plaintiff is cautioned that a failure to file an
6  opposition and attend the September 26 hearing may jeopardize
7  her ability to prosecute this case and may result in the
8  imposition of sanctions against her.
9  Dated:   September 11, 2007

                                          Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\FINLEY\Order Shorten Time BZ Final.wpd