**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

INEZ FINLEY,

    Plaintiff,

v.

WELLS FARGO BANK

    Defendant.

No. C 07-0664 SBA

**ORDER**

[Docket No. 33]

On October 10, 2007, *pro se* plaintiff Inez Finley filed a motion to amend her complaint. *See* Docket No. 33. The plaintiff did not notice her motion for hearing and the motion is not calendared. However, because the plaintiff is proceeding *pro se*, and because leave to amend is freely granted under Federal Rule of Civil Procedure 15, the Court does not find that denying the plaintiff's motion on this procedural ground is warranted. Instead, the Court directs defendant Wells Fargo Bank to either file an opposition to the motion to amend or a statement of non-opposition by December 7, 2007.

IT IS SO ORDERED.

November 7, 2007

                                      Saundra Brown Armstrong
                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

INEZ FINLEY,

        Plaintiff,

v.

WELLS FARGO BANK et al,

        Defendant.

Case Number: CV07-00664 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Inez Finley
P.O. Box 2785
Oakland, CA 94602

Dated: November 8, 2007

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

2