**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| INEZ FINLEY, | No. C 07-00664 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 11, 59] |
| WELLS FARGO BANK, | |
| Defendant. | |

Due to plaintiff's recent retention of counsel and the parties' stipulation to vacate the trial and pretrial dates to accommodate additional discovery and an August settlement conference, see Docket No. 59, the trial date of July 12, 2008 is VACATED, and the pre-trial conference of July 8, 2008 is VACATED. A Case Management Conference is SET for June 18, 2008 at 3:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 2, 2008

_____
Saundra Brown Armstrong
United States District Judge