LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
ERIC R. DEWALT (State Bar No. 138560)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ FINLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>　　　　Defendant. | Case No. C07-0664 SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DISCOVERY**<br><br>Complaint filed: February 1, 2007 |

IT IS HEREBY STIPULATED by and between the parties as follows:

The discovery cutoff date in the above-captioned action shall be extended to June 30, 2008.

DATED: May 30, 2008                         LAFAYETTE & KUMAGAI LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Susan T. Kumagai*
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN T. KUMAGAI
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　WELLS FARGO BANK, N.A.

DATED: May 30, 2008                         OLIVERI LAW OFFICES

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew M. Oliveri*
　　　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. OLIVERI
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　INEZ FINLEY

　　　　I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE DISCOVERY
CASE NO. C 07-0664 SBA

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 4, 2008 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Susan T. Kumagai*
SUSAN T. KUMAGAI

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE DISCOVERY
CASE NO. C 07-0664 SBA

ORDER

Pursuant to the Stipulation above, the deadline for completion of the discovery in the above-captioned matter is hereby extended to June 30, 2008.

IT IS SO ORDERED.

Dated: _6/2/08

_____
Hon. Saundra B. Armstrong
United States District Court for the Northern District of California

N:\Documents\Well\Fin\Pldg\Stip and Order to Extend Discovery Cutoff.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE DISCOVERY
CASE NO. C 07-0664 SBA