**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

INEZ FINLEY,

       Plaintiff,

 v.

WELLS FARGO BANK,

       Defendant.

No. C 07-00664 SBA

**ORDER**

[Docket No. 59]

Pursuant to the parties' stipulation [Docket No. 59], the settlement conference in this matter before Magistrate Judge Wayne Brazil is continued to August 4, 2008.

IT IS SO ORDERED.

July 24, 2008

                                        Saundra Brown Armstrong
                                        United States District Judge