LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
ERIC R. DEWALT (State Bar No. 138560)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ FINLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>          Defendant. | Case No. C07-0664 SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: February 1, 2007<br>Trial Date:          November 17, 2008 |

Plaintiff Inez Finley ("plaintiff") and defendant Wells Fargo Bank, N.A. ("defendant") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

1.   WHEREAS the trial in this matter was continued to November 17, 2008;

2.   WHEREAS the due date for filing defendant's motion for summary judgment is August 12, 2008 for the hearing date scheduled for to September 16, 2008;

3.   WHEREAS a settlement conference before the Honorable Magistrate Judge Wayne Brazil is scheduled for August 4, 2008, at 2:00 p.m.;

4.   WHEREAS the parties agree to continue plaintiff's deposition to August 11, 2008;

5.   WHEREAS, the parties agree to a continuance of defendant's motion for summary judgment for three weeks to October 7, 2008.

NOW THEREFORE, the parties stipulate as follows:

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (CASE NO. C 07-0664 SBA)

1. To continue the date of plaintiff's deposition to August 11, 2008;

2. To continue the hearing on defendant's motion for summary judgment to October 7, 2008.

DATED: July 31, 2008                    LAFAYETTE & KUMAGAI LLP


_____
SUSAN T. KUMAGAI
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: July 31, 2008                    LAW OFFICES OF MATTHEW M. OLIVERI


_____
MATTHEW M. OLIVERI
For Plaintiff INEZ FINLEY

ORDER

Pursuant to the Stipulation above,

(1) Plaintiff is ordered to appear for her deposition during the week of August 11, 2008.

(2) The hearing on defendant's motion for summary judgment is continued from September 16, 2008 to October 7, 2008

IT IS SO ORDERED.

Dated: 8/7/08                    _____
Hon. Saundra B. Armstrong
United States District Court for the Northern
District of California

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (CASE NO. C 07-0664 SBA)