**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| INEZ FINLEY, | No. C 07-00664 SBA |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

In accordance with the Court's Order on defendant Wells Fargo Bank's Motion for Summary Judgement or, in the Alternative, Summary Adjudication of Issues [Docket No. 81], judgment is GRANTED in favor of defendant on the claims brought by plaintiff Inez Finley. All matters calendared in this action are VACATED. The Clerk shall CLOSE the file and terminate any pending matters.

IT IS SO ORDERED.

March 9, 2009

Saundra Brown Armstrong
United States District Judge