UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INEZ FINLEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK,<br><br>            Defendant. | Case No:  C 07-0664  SBA<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>Docket 115 |

On April 6, 2009, pro se plaintiff Inez Finley filed an objection to defendant's cost bill. (Docket 115.)  In addition, she requests additional time to file a motion for reconsideration.  (Id.) Under Local Rule 54-2, objections to a bill of costs must be filed within 10 days after the bill of costs is served.  The docket indicates that defendant served its cost bill on March 18, 2009, meaning that plaintiff had until April 1, 2009 to file her objections, which she failed to do.  See Fed.R.Civ.P. 6(a)(2).  As such, plaintiff's opposition is untimely.  As to plaintiff's request for an extension of time to file a motion for reconsideration, the Local Rules require that a party seeking to file such a motion first obtain permission from the Court to do so.  See L.R. 7-9.  Local Rule 7-9 does not contain any time limit on seeking such permission.  To the extent plaintiff desires to file a motion for reconsideration, the Court directs her attention to Local Rule 7-9, which specifies the required contents of such a motion.  The Local Rules may be accessed through this Court's website or at the Clerk's Office.

IT IS HEREBY ORDERED THAT plaintiff's request for an extension of time to file a motion for reconsideration is DENIED.

Dated: April 10, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

INEZ FINLEY,

        Plaintiff,

  v.

WELLS FARGO BANK et al,

        Defendant.
_____/

Case Number: CV07-00664 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Inez Finley
P.O. Box 2785
Oakland, CA 94602

Dated: April 14, 2009

                Richard W. Wieking, Clerk

                      By: LISA R CLARK, Deputy Clerk